STATE OF CONNECTICUT *v.* DAGOBERTO CUESTA

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 470 (AC 20583), is denied.

*Alice Osedach-Powers*, assistant public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided April 9, 2002

STEFON MORANT *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court, 68 Conn. App. 137 (AC 20959), is denied.

*Michael A. Fitzpatrick*, in support of the petition.

*Christopher T. Godialis*, assistant state's attorney, in opposition.

Decided April 9, 2002